UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DWUAN SESSION, | ) | |
|         Plaintiff, | ) | |
| v. | ) | 1:06-cv-1062-SEB-JMS |
| RN. K. ROSE, et al., | ) | |
|         Defendants. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

The costs of this action are assessed against the plaintiff.


Date: 02/02/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Dwuan Session, DOC #153801
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

Kathleen Ann DeLaney, DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Steven D. Groth, BOSE MCKINNEY & EVANS
sgroth@boselaw.com

Michael D. Rogers, BOSE MCKINNEY & EVANS, LLP
mrogers@boselaw.com

Elizabeth Ann Schuerman, DELANEY & DELANEY LLC
lizzie@delaneylaw.net